**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**GARY ALLEN GLIDDEN, #145432**                              **PETITIONER**

**v.**                              **CAUSE NO. 1:12CV62-LG-JMR**

**E.L. SPARKMAN, ET AL.**                              **RESPONDENTS**

**ORDER ADOPTING REPORT AND RECOMMENDATION**
**AND DISMISSING PETITION FOR WRIT OF HABEAS CORPUS**

This cause comes before the Court on the Report and Recommendation [22] of

Chief United States Magistrate Judge John M. Roper filed in this cause on January

3, 2014.  Magistrate Judge Roper reviewed Petitioner's Application for Writ of

Habeas Corpus pursuant to 28 U.S.C. § 2254 and determined that the grounds

asserted in the Application did not entitle Petitioner to relief.  Specifically, Glidden

did not show that the adjudication of his claims in state court resulted in a decision

contrary to Federal law nor that it resulted in a decision based on an unreasonable

determination of the facts.  In addition, the Magistrate Judge found that Glidden

failed to establish that he received ineffective assistance of counsel.  Magistrate

Judge Roper recommended that the Application be denied and the petition

dismissed.

The Clerk of Court mailed the Report and Recommendation to Glidden at his

last known address[1] by certified mail, but it was recently returned as undeliverable.

---

[1]  Glidden's last known address is a residential address in Biloxi, Mississippi.
He does not appear in the Mississippi Department of Corrections online inmate
search database as of this date.  He is apparently no longer in state custody.

(ECF No. 23).  Glidden has not objected to the findings or conclusions of the Magistrate Judge.  The Court has  reviewed the Report and Recommendation and determined it is neither clearly erroneous nor contrary to law.  *United States v. Wilson,* 864 F.2d 1219, 1221 (5th Cir. 1989).  They will be adopted as the findings and conclusions of this Court.  Petitioner's Application will be denied and the petition dismissed.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Report and Recommendation [22] of Chief United States Magistrate Judge John M. Roper filed in this cause on January 3, 2014, should be, and the same hereby is, adopted as the findings of this Court.

**IT IS FURTHER ORDERED AND ADJUDGED** that Petitioner's petition for habeas corpus relief pursuant to 28 U.S.C. § 2254 is **DISMISSED**.

**SO ORDERED AND ADJUDGED** this the 6th day of February, 2014.

s/ *Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE